No. D–1600. In re Disbarment of Inglis. Charles K. Inglis, of St. Petersburg, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1601. In re Disbarment of Bustamante. John H. Bustamante, of Lakewood, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–17. Mahaffey v. Illinois. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. M–18. DeMilo & Co., Inc. v. Connecticut Department of Transportation. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 95–5831. Guess v. Gerken, Judge, Court of Common Pleas, Hocking County, Ohio. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until November 20, 1995, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 95–406. In re Danko. C. A. Fed. Cir. Petition for writ of common-law certiorari denied.

No. 95–5747. In re Spradley. C. A. 11th Cir. Petition for writ of common-law certiorari denied.